IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JENNIFER MCCANN-HERLIKOFER,

      Plaintiff,

    v.                                                         No. CIV No. 14-0596 LAM

CAROLYN W. COLVIN, Acting Commissioner
of the Social Security Administration,

      Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR REMAND

**THIS MATTER** is before the Court on ***Defendant's Unopposed Motion for Remand*** [*Doc. 21*], filed March 17, 2015. After consideration of the motion, the Court finds that the motion is well-taken and should be **GRANTED**.

**IT IS HEREBY ORDERED** that:

1. Upon consideration of ***Defendant's Unopposed Motion for Remand*** [*Doc. 21*] pursuant to sentence four of 42 U.S.C. § 405(g) (2006), the Court hereby **REVERSES** the Commissioner's decision in this matter and **REMANDS** the cause to Defendant for further administrative proceedings as set forth in *Shalala v. Schaefer*, 509 U.S. 292 (1993);

2. Upon remand, the Appeals Council will direct the ALJ to reconsider the medical evidence and reevaluate Plaintiff's residual functional capacity without reference to Dr. Bunsri T. Sophon's opinion.

IT IS SO ORDERED.

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**
**Presiding by Consent**

**SUBMITTED AND APPROVED BY**
*(Prior to modifications by the Court):*

*Electronically submitted 3/17/15*
MANUEL LUCERO
Assistant United States Attorney

*Electronically approved 3/17/15*
Julie Lee Glover
Shanny J. Lee
Attorneys for Plaintiff