IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JENNIFER MCCANN-HERLIKOFER,

      Plaintiff,

  v.                                 No. CIV No. 14-0596 LAM

CAROLYN W. COLVIN, Acting Commissioner
of the Social Security Administration,

      Defendant.

## RULE 58 FINAL JUDGMENT

**THIS MATTER** has come before the Court for consideration on ***Defendant's Unopposed Motion for Remand*** [*Doc. 21*]. An order granting the motion and remanding the case to Defendant has been entered.

The Court enters this final judgment under Fed. R. Civ. P. 58 **remanding** this case to Defendant for further administrative action.

**IT IS SO ORDERED**.

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**
**Presiding by Consent**