IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JENNIFER L. McCANN-HERLIKOFER,

    Plaintiff,

v.                                      1:14-cv-00596-KG-LF

KILOLO KIJAKAZI,[1] Acting Commissioner
of the Social Security Administration,

    Defendant.

**ORDER ADOPTING MAGISTRATE JUDGE'S
PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on June 2, 2023 (Doc. 32).  The proposed findings notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review.  *Id.* at 10.  To date, the parties have not filed any objections, and there is nothing in the record indicating that the proposed findings were not delivered.

IT IS THEREFORE ORDERED that:

1.    The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 32) are ADOPTED;

2.    Plaintiff's Motion for Order Authorizing Attorney Fees Pursuant to 42 U.S.C. § 406(b) (Doc. 26) is GRANTED in part and DENIED in part.  Plaintiff's counsel is awarded $14,027.50 in attorney's fees pursuant to 42 U.S.C. § 406(b)(1) for representing Ms. McCann-Herlikofer before this Court.  Counsel will refund to Ms. McCann-Herlikofer the EAJA fees previously awarded in plaintiff's appeal.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Kilolo Kijakazi became the Acting Commissioner of the Social Security Administration on July 9, 2021, and is automatically substituted as the defendant in this action.  FED. R. CIV. P. 25(d).